LODGE, Appellant, v. DEMELT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by George Lodge against Mary Demelt.

PER CURIAM. Judgment of County Court reversed, and that of justice court affirmed, with costs in this court and in County Court. Held, that the verdict of the jury in justice's court was sustained by the evidence.